UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GHALI JONDALI #A221-313-179** | **CIVIL ACTION NO. 25-1268 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MELISSA HARPER ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 19), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (R. Doc. 1) filed by Petitioner GHALI JONDALI is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 11th day of February, 2026.

*Jerry Edwards, Jr.*
―――――――――――――――――
**JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT**